Jeffrey A. PLEASANT, Petitioner–
Appellant,

v.

Harold W. CLARKE, Director, Virginia
Dept. of Corrections, Respondent–
Appellee.

No. 15–6731.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2015.

Decided: Oct. 21, 2015.

Jeffrey A. Pleasant, Appellant Pro Se.

Before WILKINSON, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jeffery A. Pleasant appeals the district
court's order denying his pleading titled
"Notice of Removal of a Civil Action Pur-
suant to 28 U.S.C. § 1446(b)," dismissing
the action as frivolous, and issuing a prefil-
ing injunction.* We have reviewed the
record and find no reversible error. As
the plaintiff in the purported state court
proceeding, Pleasant is not permitted to
remove the action to federal court, so the
dismissal was not error. Accordingly,
though we grant leave to proceed in forma

* Pleasant does not challenge in his informal
brief the imposition of the prefiling injunc-

pauperis, we affirm the decision of the
district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED.*

tion. Thus, that portion of the district court's
order is not before us. *See* 4th Cir. R. 34(b).